UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMOTIVE BODY PARTS
ASSOCIATION,

       Plaintiff,

v.

FORD GLOBAL TECHNOLOGIES,
LLC,

       Defendant.

Case No. 15-10137
Honorable Laurie J. Michelson

**Companion Case: 15-10394**

## NOTICE OF TELEPHONE CONFERENCE

The Court will hold monthly telephone status conferences as follows:

**November 18, 2016, December 9, 2016, January 13, 2017, and February 10, 2017 at 3:00 p.m.**

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

s/Keisha Jackson
Case Manager to
District Judge Laurie J. Michelson

Dated:  October 14, 2016