UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Automotive Body Parts
Association,

                Plaintiff(s),

v.                                      Case No. 2:15−cv−10137−LJM−MJH
                                                 Hon. Laurie J. Michelson

Ford Global Technologies, LLC,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

**ADDITIONAL INFORMATION:**   Companion Case: 15−10394 Referred As Well.

                                               s/Laurie J. Michelson
                                               Laurie J. Michelson
                                               United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                               s/K Jackson
                                               Case Manager

Dated:   October 14, 2016