UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Automotive Body Parts Association,

                Plaintiff(s),

v.                                                  Case No. 2:15–cv–10137–LJM–SDD
                                                  Hon. Laurie J. Michelson

Ford Global Technologies, LLC,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Anthony P. Patti as follows:

- STATUS CONFERENCE: December 19, 2016 at 09:30 AM

    The conference shall be initiated by either party with opposing Counsel on the phone..

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:** CONTINUATION of Settlement Conference.

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                      By: s/M Williams
                                                                           Case Manager

Dated: December 6, 2016