**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **AUTOMOTIVE BODY PARTS ASSOCIATION,** | |
| Plaintiff, | Case No. 2:15-cv-10137-LJM-SDD |
| **v.** | **Hon. Laurie Michelson** |
| **FORD GLOBAL TECHNOLOGIES, LLC** | |
| Defendant. | |

## STIPULATED ORDER

This matter came before the Court upon stipulation of the parties, as evidenced by the signatures below, and the Court being otherwise fully advised. The required depositions in this matter needed to be scheduled shortly before the original deadline at the deponents' request which required this modification to the Court's Scheduling Order,

IT IS HEREBY ORDERED that the following deadlines shall be set with regard to the deadlines related to the Summary Judgment Motion on Functionality and Exhaustion Defenses:

| Event | Deadline |
|---|---|
| Defendant to file Opposition to Summary Judgment Motion on Functionality and Exhaustion Defenses | 1/31/17 |
| Close of All Discovery on functionality and patent exhaustion issues including any Expert Discovery | 2/21/17 |
| ABPA to file Reply to Summary Judgment Motion on Functionality and Exhaustion Defenses | 2/28/17 (or 3 weeks after deposition of Defendant expert if taken) |

SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

Dated: January 9, 2017

2

Approved as to form and substance:

| **BROOKS KUSHMAN P.C.** | **OAKE LAW OFFICE** |
|---|---|
| By: /s/ Marc Lorelli<br>Marc Lorelli (P63156)<br>Frank A. Angileri (P45611)<br>Linda D. Mettes (P69182)<br>Amy C. Leshan (P69328)<br>1000 Town Center,<br>Twenty-Second Floor<br>Southfield, Michigan 48075<br>Tel: (248) 358-4400<br>Fax (248) 358-3351<br>Email:  mlorelli@brookskushman.com<br>fangileri@brookskushman.com<br>lmettes@brookskushman.com<br>aleshan@brookskushman.com<br><br>*Attorneys for Plaintiff Ford Global Technologies LLC* | By: /s/ Robert G. Oake, Jr. w/ consent<br>Robert G. Oake, Jr.<br>Texas State Bar No. 15154300<br>825 Market Street, Suite 250<br>Allen, Texas 75013<br>Tel: (214) 207-9066<br>Email: rgo@oake.com<br><br>*Attorneys for Defendants* |

2