UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AUTOMOTIVE BODY PARTS ASSOCIATION,**

    Plaintiff,

v.

**FORD GLOBAL TECHNOLOGIES, LLC**

    Defendant.

Case No. 2:15-cv-10137-LJM-SDD

## STIPULATED ORDER REGARDING DISCOVERY

This matter comes before this Court after the Status and Discovery Conference held on November 18, 2016. For the reasons stated on the record and without any party waiving any assertion, position or defense including on the relevance of any discovery, the Court hereby orders as follows:

1.    No later than December 2, 2016, the ABPA will produce Partslink information in a searchable and usable excel format.

2.    The excel file shall include all of the columns of Partslink information; the ABPA shall produce the file describing the contents of the Partslink columns.

3.    The excel file shall also include all of the rows associated to all of the automotive parts at issue in all pending litigation with Ford Global Technologies, Ltd., including i) all accused parts; and ii) all performance parts that are intended

to be used in place of an accused part.

**SO ORDERED.**

Dated: January 18, 2017

s/Laurie J. Michelson
LAURIE J. MICHELSON
U.S. DISTRICT JUDGE

Approved as to form:

By: /s/ Robert G. Oake, Jr. w/ Consent
Robert G. Oake, Jr.
Oake Law Office
825 Market Street, Suite 250
Allen, TX 75013
214-207-9066 -- Fax: 214-383-0865
Email: rgo@oake.com

Thomas G. Cardelli (P31728)
Paul M. Kittinger (P72754)
Cardelli Lanfear, PC
322 W. Lincoln
Royal Oak, MI 48067
248-544-1100 -- Fax: 248-544-1191
Email: tcardelli@cardellilaw.com

*Attorneys for Plaintiff*

Dated: December 9, 2016

By: /s/ Marc Lorelli
Frank A. Angileri (P45611)
Linda D. Mettes (P69182)
Amy C. Leshan (P69328)
Marc Lorelli (P63156)
BROOKS KUSHMAN P.C.
1000 Town Center
Twenty-Second Floor
Southfield, Michigan 48075
(248) 358-4400 - Fax: (248) 358-3351
Email: fangileri@brookskushman.com
lmettes@brookskushman.com
aleshan@brookskushman.com
mlorelli@brookskushman.com

*Attorneys for Defendants*

Dated: December 9, 2016