# United States Court of Appeals for the Federal Circuit

---

**AUTOMOTIVE BODY PARTS ASSOCIATION,**

*Plaintiff - Appellant*

v.

**FORD GLOBAL TECHNOLOGIES, LLC,**

*Defendant - Appellee*

---

2018-1613

---

Appeal from the United States District Court for the Eastern District of Michigan in No. 2:15-cv-10137-LJM-RSW, Judge Laurie J. Michelson.

---

### JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

July 11, 2019      /s/ Peter R. Marksteiner

                                         Peter R. Marksteiner
                                         Clerk of Court